KEMPER & WATTS
Attorneys at Law
A Law Corporation

EDWARD C. KEMPER #893
#2400 Alakea Corporate Tower
1100 Alakea Street
Honolulu, Hawaii 96813
Telephone: (808) 524-0330

FELDESMAN, TUCKER, LEIFER
  FIDELL & BANK LLP

JAMES L. FELDESMAN
KATHY S. GHILADI
2001 L Street, N.W., 2nd Floor
Washington, D.C. 20036
Telephone: (202) 466-8960

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALOHACARE, | CIVIL NO. CV00-637SPK/BMK |
| Plaintiff, | |
| vs. | |
| STATE OF HAWAII, DEPARTMENT OF HUMAN SERVICES; SUSAN M. CHANDLER, Director, State of Hawaii, Department of Human Services, | STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS; CERTIFICATE OF SERVICE |
| Defendants. | |

### STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS

IT IS HEREBY STIPULATED, by and between the Plaintiff ALOHACARE and

Defendants STATE OF HAWAII, et al., through their respective counsel, that the Complaint

filed by the Plaintiff ALOHACARE on September 29, 2000, and the affirmative defenses

raised by the Defendants filed herein filed on May 10, 2001, be and they are hereby



dismissed, with prejudice; and all other claims whatsoever filed herein, be dismissed and they are hereby dismissed with prejudice.

This stipulation for dismissal is based upon Rule 41(a)(1)(B) of the Federal Rules of Civil Procedure and has been signed by counsel of all parties who made an appearance in this action. There is no trial date set. Each party agrees to bear their own attorney's fees and costs.

There are no remaining parties and/or issues.

DATED: Honolulu, Hawaii    MAR 13 2006

_____
**EDWARD C. KEMPER**
Attorney for Plaintiff ALOHACARE

_____
**JOHN T. KOMEIJI, ESQ.**
Attorney for Defendants STATE OF HAWAII, et al.

**APPROVED AND SO ORDERED:**

_____
JUDGE OF THE ABOVE-ENTITLED COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALOHACARE, | ) CIVIL NO. CV00-637SPK/BMK |
|          Plaintiff, | ) |
| vs. | ) CERTIFICATE OF SERVICE |
| STATE OF HAWAII, DEPARTMENT OF HUMAN SERVICES; SUSAN M. CHANDLER, Director, State of Hawaii, Department of Human Services, | ) |
|          Defendants. | ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document will be served on the above-identified parties by either mailing same, postage prepaid, or by hand-delivering same to their respective addresses:

**JOHN T. KOMEIJI, ESQ.**
Watanabe Ing & Kawashima
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813

(Attorneys for Defendants)

DATED: Honolulu, Hawaii, MAR 1 3 2006

**EDWARD C. KEMPER**
Attorney for Plaintiff