# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

7/24/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 00-637SPK-BMK |
| CASE NAME: | Alohacare v. State of Hawaii |
| ATTYS FOR PLA: | Edward Kemper |
| ATTYS FOR DEFT: | Diane Taira |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | Chambers |
| DATE: | 7/24/2006 | TIME: | 3 - 3:05 |

COURT ACTION:  EP: Status Conference Re Settlement Agreement held.

Submitted by Richlyn W. Young, courtroom manager