# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

07/28/2006 4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CV 00-00637SPK-BMK

CASE NAME:        Alohacare v. State of Hawaii

ATTYS FOR PLA:    Edward Kemper, Robert Toyofuku both by phone

ATTYS FOR DEFT:   Diane Taira by phone

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | Chambers |
| DATE: | 07/28/2006 | TIME: | 8 - 8:20 |

COURT ACTION:  EP: Further Status Conference Re Settlement held.
Hearing Re Enforcement of Settlement set for 8/10/2006 @ 1:30 p.m. before Magistrate Judge Barry M. Kurren.

Briefs are due by noon on 8/8/2006.

Submitted by Richlyn W. Young, courtroom manager